Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 3**

**Titan Tire Corporation,**

                                                    **Plaintiff,**

**v.**

**UNITED STATES,**

                                                    **Defendant.**

**S U M M O N S**
**Court No.**    26-02806

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1.    Titan Tire Corporation, a U.S. producer of new pneumatic off-the-road tires under 19 U.S.C. § 1677(9)(C), has standing under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

(Name and standing of plaintiff)

2.    Plaintiff contests certain aspects of the final results issued by the U.S. Department of Commerce, published as

Certain New Pneumatic Off-the-Road Tires from India: Final Results of Countervailing Duty Administrative Review; 2023,

91 Fed. Reg. 13,285 (Dep't of Commerce Mar. 19, 2026), POR 01/01/2023-12/31/2023.

(Brief description of contested determination)

3.    March 16, 2026 (See 91 Fed. Reg. at 13,287).

(Date of determination)

4.    March 19, 2026 (See 91 Fed. Reg. at 13,285).

(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

/s/ Jennifer M. Smith-Veluz

Signature of Plaintiff's Attorney

April 17, 2026

Date

Jennifer M. Smith-Veluz
Butzel Long, P.C.
1909 K Street, NW, Suite 860
Washington, DC 20006
(202) 454-2800
smithveluz@butzel.com

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)