Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 7A**

TITAN TIRE CORPORATION,

                                              Plaintiff,          Court No. 26-02806

        v.

UNITED STATES,

                                              Defendant.

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

5/18/2026

Dated: _____

/s/ Jennifer M. Smith Veluz
_____
Signature of Plaintiff's Attorney
Jennifer M. Smith Veluz
_____
Attorney for Plaintiff
BUTZEL LONG, P.C.
_____
Firm
1909 K Street, N.W., Suite 860
_____
Street Address
Washington, D.C. 20006
_____
City, State and Zip Code
(202) 454 2800
_____
Telephone Number
smithveluz@butzel.com
_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
                Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 26-02806 | TITAN TIRE CORPORATION |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
　　　　　　　　Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)